Suleiman A. IBRAHIM, Appellant,

v.

METROPOLITAN TRANSIT AUTHORITY; Jim Tishim; David Allsup, Appellees.

No. 05–3524.

United States Court of Appeals, Eighth Circuit.

Submitted: Jan. 5, 2007.

Filed: Jan. 12, 2007.

Suleiman A. Ibrahim, Des Moines, IA, pro se.

Mark David Aljets, Thomas Michael Cunningham, Nyemaster & Goode, Des Moines, IA, for Appellees.

Before RILEY, COLLOTON, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Suleiman Ibrahim appeals from the district court's[1] order enforcing a settlement agreement between Ibrahim and Metropolitan Transit Authority, arguing that his attorney did not possess authority to enter into the settlement. Upon our careful review of the record, we hold that the district court did not clearly err in concluding that Ibrahim had granted his attorney authority to settle the case and that the settlement agreement therefore bound Ibrahim. Accordingly, we affirm the district court's order enforcing the agreement. *See* 8th Cir. 47B.

---

1. The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.